EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Miguel Quiñones Vázquez | 2005 TSPR 3<br><br>163 DPR _____ |

Número del Caso: TS-2648


Fecha: 14 de enero de 2005


 Abogado del Peticionario:

                    Lcdo. Luis A. Toledo

Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora

Colegio de Abogados de Puerto Rico:

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel Quiñones Vázquez          TS-2648

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de enero de 2005

Visto el Informe Cesación de la Notaría de la Oficina de Inspección de Notarías y la Moción del Colegio de Abogados de Puerto Rico en contestación a nuestra Resolución, se autoriza la solicitud de baja voluntaria del registro de abogados del Lcdo. Miguel Quiñones Vázquez.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo